[No. 2188-1.    Division One.    February 11, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. BRADLEY L. BRESOLIN, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 62252, Horton Smith, J., entered March 12, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Horowitz and Farris, JJ.